■ In the Matter of the Acquisition of Real Property by the County of Tompkins. County of Tompkins, Respondent; Walter Gangl, Appellant. [696 NYS2d 715] —Appeal from an order of the Supreme Court (Relihan, Jr., J.), entered August 20, 1998 in Tompkins County, which, in a proceeding pursuant to EDPL article 5, determined the compensation due claimant as a result of petitioner's acquisition of real property.

Order affirmed, upon the opinion of Justice Walter J. Relihan, Jr.

Mikoll, J. P., Yesawich Jr., Peters, Spain and Mugglin, JJ., concur. Ordered that the order is affirmed, without costs.